**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO.: 4:22-CV-00156-RGJ

GREENVILLE NURSING AND REHABILITATION, LLC; and
GREENVILE NURSING AND REHABILITATION HOLDINGS, LLC,   PLAINTIFFS

v.   **AGREED ORDER OF DISMISSAL**

LARRY MAJORS, Estate of Barbara Majors   DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant represent to the Court that the Plaintiffs hereby agree and stipulate to voluntarily dismiss all claims asserted in this action against Defendant.

**IT IS HEREBY ORDERED** that all claims of Plaintiffs against the Defendant are hereby **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket of this Court, with each party to bear their owns costs, as the parties have agreed to forego arbitration and move forward with all claims in state court.

**SO ORDERED** this _____ day of _____, 2024.

November 14, 2024

Rebecca Grady Jennings, District Judge
United States District Court

HAVING SEEN AND AGREED TO:

*/s/ Bridget A. Coraz, Esq.*
Scott R. Redding, Esq.
Bar No. 95636
Bridget A. Coraz, Esq.
Bar No. 94231
Quintairos, Prieto, Wood & Boyer, P.A.
9300 Shelbyville Road, Suite 400
Louisville, Kentucky 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
scott.redding@qpwblaw.com
bridget.coraz@qpwblaw.com
*Counsel for Plaintiffs*


*/s/ Hannah R. Jamison, Esq. (with permission)*
Hannah R. Jamison, Esq.
Circeo Law Firm, P.S.C.
P.O. Box 1807
Lexington, KY 40588-1807
*Counsel for Defendant*